# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

Clifford W. Taylor,
Chief Justice

129108

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 129108
COA: 252034
Oakland CC: 2002-187140-FC

JERMAINE IZELLMAURI MATTHEWS,
    Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

    KELLY, J., would grant leave to appeal limited to the issue whether the Oakland Circuit Court abused its discretion in denying defendant's motion to suppress his statements based on the claimed invocations of the right to counsel during the three interviews.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
Clerk

s1208